460 A.2d 856

Commonwealth v. Lambert, Appellant.

Before WIEAND, BECK and HOFFMAN, JJ.

Affirmed.